Filing # 112502332 E-Filed 08/27/2020 03:29:51 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**SUSANA SILVA,**

    Plaintiff,

v.

**WAL-MART STORES EAST, LP,**            CIVIL DIVISION

    Defendant.                                          CASE NO.: CACE-20-012646

_____/

*[handwritten: JA #1449 8/31/20 12:50pm]*

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Initial Interrogatories, Request for Admissions, and Request for Production in this action on Defendant:

**WAL-MART STORES EAST, LP
c/o C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD.
PLANTATION, FL 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Ramon Crego, Esquire
RUBENSTEIN LAW, P.A
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED ON this       AUG 28 2020

                                                Clerk of Said Court

                                                BY: _____
                                                As Deputy Clerk
                                                (Court Seal)

                                                **BRENDA D. FORMAN**

**EXHIBIT A**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 08/27/2020 03:29:49 PM.****

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**SUSANA SILVA,**

    Plaintiff,

v.

**WAL-MART STORES EAST LP.,**               CIVIL DIVISION

    Defendant.                                            CASE NO.:

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **SUSANA SILVA**, by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP.**, and alleges:

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **SUSANA SILVA**, was and is a resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **WAL-MART STORES EAST, LP.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Pembroke Pines, Broward County, Florida.

4. Venue is proper in this County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

5. That on or about June 9, 2019, the Plaintiff, **SUSANA SILVA**, was a business invitee of the Defendant, **WAL-MART STORES EAST, LP.'s** premises located at 151 Southwest 184th Avenue, Pembroke Pines, Florida 33029.

## NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on June 9, 2019, Defendant, **WAL-MART STORES EAST, LP.**, owned, managed, controlled, operated, and/or maintained the premises located at 151 Southwest 184th Avenue, Pembroke Pines, FL 33029, in Broward County.

7. That on or about June 9, 2019, the Plaintiff, **SUSANA SILVA,** was lawfully in Defendant, **WAL-MART STORES EAST, LP.'s** premises, when she slipped and fell.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as **oil** and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

   c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

   d. By failing to remove said **oil** or other similar substance from the floor of the premises; and/or

     e.    By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

     f.    Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing **oil** and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10.    That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11.    That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12.    As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES EAST, LP.**, the Plaintiff, **SUSANA SILVA**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **SUSANA SILVA**, will suffer the losses into the future.

WHEREFORE, Plaintiff, **SUSANA SILVA**, hereby demands judgment for damages, costs and interest from the Defendant, **WAL-MART STORES EAST, LP.**, together with whatever other relief the Court deems just and appropriate.

### **DEMAND FOR JURY TRIAL**

The Plaintiff, **SUSANA SILVA,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: August 4, 2020

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Phone: (305) 661-6000
Fax: (305) 517-3160
Email: ramon@rubensteinlaw.com
ksalazar@rubensteinlaw.com
eservice@rubensteinlaw.com

By: /s/ *Ramon Crego*
**Ramon Crego**
Florida Bar No.: 91379

- 4 -